HUDSON FORWARDING & SHIPPING CO., INC., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, December 15, 1924.

Carriers — carriers of goods — action for losses after delivery to collector of customs — carrier not liable for failure of collector to carry out instructions.

A carrier of goods is not liable for losses sustained by a shipper where it appears that the shipment was made in accordance with the Federal statute (21 U. S. Stat. at Large, 173) known as the " Immediate Transportation Act " and was delivered to the collector at the port of its destination with proper instructions and that the losses occurred through the failure of the collector to follow the instructions.

APPEAL by defendant from a judgment of the Municipal Court of the City of New York, Borough of Manhattan, First District, in favor of plaintiff, after a trial by a judge without a jury.

*Alex. S. Lyman* [*Lawrence R. Walton* of counsel], for the appellant.

*Leopold K. Simon,* for the respondent.

PER CURIAM:

The plaintiff engaged the defendant to make a shipment in accordance with the Federal law known as the " Immediate Transportation Act " — 21 U. S. Stat. at Large, 173; United States Compiled Statutes of 1916, section 5697 (Act June 10, 1880, chap. 190, § 3), whereunder common carriers are made " responsible to the United States as common carriers for the safe delivery of such merchandise to the Collector at the Port of its destination." The goods in suit were so delivered with appropriate instructions as given to the carrier by the plaintiff, the shipper. The instructions, however, seem to have been disregarded by the collector.

We do not understand by what course of reasoning the defendant can be held responsible for the plaintiff's resulting loss.

Judgment reversed, with thirty dollars costs, and judgment directed in favor of defendant, with costs.

All concur; present, BIJUR, WAGNER and LEVY, JJ.